**Electronically Filed
Supreme Court
SCWC-16-0000724
25-JUL-2017
11:16 AM**

SCWC-16-0000724

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

EY, Respondent/Plaintiff-Appellee,

vs.

DY, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000724; FC-D NO. 07-1-0098)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on

June 19, 2017, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 25, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson